UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MYRTLE HALL, a single woman
MISCHELLE HENRY, a married woman                    CASE NO: 12CV-7214
                            Plaintiff,

        -against-                                                                                   NOTICE OF MOTION
                                                                                       TO DISMISS/MOTION FOR
                                                                                      SUMMARY JUDGMENT

WELLS FARGO BANK, N.A., a National Bank;
FREDDIE MAC, a Virginia Corporation;
TIFFANY & BOSCO, P.A., a Professional Association,
                                               Defendants.
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon this Notice of Motion, dated December 27, 2012; the accompanying Memorandum of Law, dated December 27, 2012, the Declaration of Jonathan Marc Cohen, dated December 27, 2012, and the exhibits thereto; and all prior pleadings and papers filed in this action, Defendant Freddie Mac, by its attorneys, Stein, Wiener & Roth, LLP, hereby moves this Court before the Honorable Jesse M. Furman, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for the dismissal of the "Verified Complaint for Damages," dated September 21, 2012, of Plaintiffs Mischelle Henry and Myrtle Hall, and for such other relief as this Court may deem just and proper.

Carle Place, New York
April 30, 2013

                                  Respectfully submitted,

                   By:    /s/ Jonathan Marc Cohen
                           Jonathan Marc Cohen, Esq.
                           STEIN, WIENER & ROTH, LLP
                           *Attorneys for Defendant*
                           *Freddie Mac*
                           One Old Country Road, Suite 113
                           Carle Place, NY 11530
                           Tel. (516) 742-1212
                           Fax.(516) 742-6595

                           jcohen@hhstein.com

CASE NO. 12CV-7214
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
------------------------------------------------
MYRTLE HALL, single woman
MISCHELLE HENRY, a married woman
            Plaintiff,

      - against -

WELLS NFARGO BANK, N.A., a National Bank;
FREDDIE MAC, a Virginia Corporation;
TIFFANY & BOSCO, P.A., a professional
Association
            Defendants.
------------------------------------------------
------------------------------------------------

**NOTICE OF MOTION TO DISMISS/MOTION
FOR SUMMARY JUDGMENT**

------------------------------------------------
------------------------------------------------
   Stein, Wiener & Roth, L.L.P.
    Attorneys for Defendant
 FREDDIE MAC, a Virginia Corporation
 Office and Post Office Address, Telephone
   One Old Country Rd., Suite 113
    Carle Place, NY  11514
     (516) 742-1212
------------------------------------------------
------------------------------------------------
To:

Attorney(s) for:

------------------------------------------------
------------------------------------------------
Service of a copy of the within

DATED:

_____
Attorneys(s)   for

   Compliance with Rule 130-1.1a

   /S/ Jonathan M. Cohen
   Jonathan M. Cohen, Esq.

## CERTIFICATE OF SERVICE

I, Letitia L. Spaulding, hereby certify that on May 1, 2013, I caused true and correct copies of the Notice of Motion, the Memorandum of Law, and the Declaration of Jonathan M. Cohen, to be served via the ECF system upon:

Leah Rabinowitz, Esq.
Lisa J. Fried, Esq.
David Dunn, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Defendant Wells Fargo Bank N.A.*

Mischelle Henry
5044 W. Chicago Circle South
Chandler, AZ 85226
mark@lgcf.info
*Pro Se Plaintiff*

Anthony J. Proscia, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005
Attorneys for Defendant Tiffany and Bosco PA

I, Letitia L. Spaulding, hereby further certify that on May 1, 2013, I caused true and correct copies of the Notice of Motion, the Memorandum of Law, and the Declaration of Jonathan M. Cohen, to be served via first-class mail upon:

Myrtle Hall
5044 W. Chicago Circle South
Chandler, AZ 85226
*Pro Se Plaintiff*

/s/ Letitia L. Spaulding
Letitia L. Spaulding

Carle Place, New York
May 1, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MYRTLE HALL, a single woman
MISCHELLE HENRY, a married woman          CASE NO: 12CV-7214
         Plaintiff,

   -against-                          DECLARATION OF
                  JONATHAN MARC COHEN

WELLS FARGO BANK, N.A., a National Bank;
FREDDIE MAC, a Virginia Corporation;
TIFFANY & BOSCO, P.A., a Professional Association,
         Defendants.
---------------------------------------------------------------------X

  I, Jonathan Marc Cohen, declare as follows:

  1.  I am a member of the bar of this Court and associated with the firm of Stein, Wiener & Roth, LLP, counsel for Defendant Freddie Mac ("Freddie Mac"). I am fully familiar with the facts set forth herein. I submit this declaration in support of Freddie Mac's motion, pursuant to Fed. R. Civ. P. 12(b)(5), 12(b)(6) and/or Fed. R. Civ. P. 56, for summary judgment and/or to dismiss the "Verified Complaint for Damages", dated September 21, 2012 (the "Complaint") of Plaintiffs Mischelle Henry and Myrtle Hall (together, "Plaintiffs").

  2.  Defendant Freddie Mac (a/k/a Federal Home Loan Mortgage Corporation) is a corporation doing business in New York, with its main corporate offices at 8200 Jones Branch Drive McLean, Virginia.

  3.  Annexed hereto as **Exhibit 1** is a true and correct copy of the Summons, Complaint and Lis Pendens filed by Plaintiffs on or about October 2, 2012.

  4.  Annexed hereto as **Exhibit 2** is a true and correct copy of the Deed of Trust ("Mortgage") and copy of Assignment of Deed of Trust ("Assignment").

  5.  Annexed hereto as **Exhibit 3** is a true and correct copy of the Affirmation of Service, Certified Return Receipt and envelope with postmark evidencing attempted service of process on Freddie Mac on October 9, 2012.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the Tiffany & Bosco Letter dated July 5, 2012, Notice of Trustee's Sale and Substitution of Trustee (collectively "Foreclosure Documents").

7. Annexed hereto as **Exhibit 5** is a true and correct copy of the Freddie Mac letter dated July 5, 2012, advising Plaintiffs that Freddie Mac is the owner of the Note and Mortgage, that Wells Fargo is the servicer of the Note and Mortgage and of foreclosure prevention assistance centers.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of the Deed conveying the premises from Mischelle K. Henry to Myrtle F. Hall, effective date July 1, 2011, obtained from the Maricopa County Recorder Elections Department web page.

9. Annexed hereto as **Exhibit 7** is a true and correct copy of Defendant Wells Fargo Bank, N.A.'s Memorandum in Support of its Motion to Dismiss without exhibits.

10. Annexed hereto as **Exhibit 8** is a true and correct copy of the Maricopa County, AZ, Recorder's web page and Notice of Lis Pendens filed by Plaintiffs on October 2, 2012, obtained from the Maricopa County Recorder Elections Department web page.

11. Upon information and belief, the source of which is review of the postmarked envelope and by the Certified Return Receipt, on or about October 3, 2012, Plaintiffs appeared to have attempted to serve Freddie Mac by mailing, by Certified Mail, the Summons and Complaint to Freddie Mac which Freddie Mac received said documents purporting to be the Summons and Complaint on October 9, 2012. The Summons was unsigned/unexecuted by the Clerk of the Court.

12. On April 5, 2013, Defendant Freddie Mac, by its counsel, overnighted by Federal Express Tracking No. 799454850425 and Tracking No. 799454893266 letters to both Plaintiffs stating Defendant's basis for seeking dismissal of Plaintiff's action as against Defendant Freddie Mac in compliance with and pursuant to Rules of Hon. Jesse M. Furman, section 3, subsection B. As of the date of the execution of this Declaration, Defendant's counsel has not received any response from either Plaintiff.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct. Executed in Carle Place New York on April 30, 2013.

                                                         /s/ Jonathan Marc Cohen